CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br>v.<br><br>J PETERSON PROPERTY, LLC, a California Limited Liability Company;<br>PETERSON ENTERPRISES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | **Case:** 2:20-cv-07877-MWF-PD<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants J Peterson Property, LLC, a California Limited Liability Company and Peterson Enterprises, LLC, a California Limited Liability Company have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: November 4, 2020    CENTER FOR DISABILITY ACCESS

    By: <u>/s/ Amanda Seabock</u>
    Amanda Seabock
    Attorney for Plaintiff