| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Russell Handy, Esq., SBN 195058<br>Dennis Price, Esq., SBN 279082 |
| 3 | Amanda Seabock, Esq., SBN 289900<br>8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111<br>(858) 375-7385; (888) 422-5191 fax |
| 5 | amandas@potterhandy.com<br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRIAN WHITAKER, | Case No. 2:20-cv-07877-MWF-PD |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| J PETERSON PROPERTY, LLC, a California Limited Liability Company; PETERSON ENTERPRISES, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

Please take notice that Amanda Seabock of the firm Center for Disability Access, 8033 Linda Vista Road, Suite 200, San Diego, CA 92111, hereby appears as counsel on behalf of Plaintiff BRIAN WHITAKER. All pleadings and other documents served on BRIAN WHITAKER should also be directed to the attention of Amanda Seabock.

Dated: November 05, 2020          CENTER FOR DISABILITY ACCESS

                                  By: /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorney for Plaintiff